# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

May 17, 2006

**MAGISTRATE JUDGE ANN MARIE DONIO**

__CAMDEN__

**Court Reporter:** Disk #6

**Title of Case:**     Mag. No. 06-1054 (AMD)
UNITED STATES OF AMERICA
            V.
STEVEN SMITH

**DEFENDANT PRESENT**

**Appearances:** Kevin Smith, AUSA for Gov't.
Lisa Evans-Lewis, AFPD for Deft. **(for purposes of today only)**
Gary Petiford, Pretrial Services

**Nature of Proceedings:** INITIAL APPEARANCE
Financial Affidavit executed.
Deft informed of charges, rights and penalties.
Hearing on application of defendant for appointment of counsel; Ordered application GRANTED.
Counsel waives formal reading of the complaint.
Hearing on application of government for temporary detention; Ordered application GRANTED.
Order of Temporary Detention pending trial entered and filed.
Bail hearing set for 5/22/06 @ 9:30 a.m.
Preliminary hearing set for 5/30/06 @ 9:30 a.m.
Ordered deft. remanded to the custody of US Marshals.

Time Commenced: 3:16 pm
Time Adjourned: 3:22 pm

                              s/ Jeffrey L. McNeal
                              Jeffrey L. McNeal
                              Deputy Clerk