KTS.MOB Boys\Defendants\Smith, Steven
Superseding Information
2006R00031

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 06-449-18 (FLW) |
| v. | 21 U.S.C. § 846 |
| STEVEN SMITH, a/k/a "Uncle Bones" | |

## SUPERSEDING INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about January 1998, to in or about May 2006, at Camden, in the District of New Jersey, and elsewhere, defendant

STEVEN SMITH, a/k/a "Uncle Bones,"

did knowingly and intentionally conspire and agree with Rashad Smith, Kareem James, Izeem Coleman, and others to distribute and to possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

In violation of Title 21, United States Code, Section 846.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

STEVEN SMITH,
a/k/a "Uncle Bones"

**SUPERSEDING**

**INFORMATION**

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY NEWARK, NEW JERSEY*

KEVIN T. SMITH
*SENIOR LITIGATION COUNSEL*
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*

KTS:MCB Boys\Defendants\Smith, Rashad//Superseding Information Backer