```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                        Minutes of Proceedings
```

Trenton                                          July 29, 2008
Office                                           Date of Proceedings

Judge Freda L. Wolfson, USDJ

Court Reporter: Vincent Russoniello
Deputy Clerk   Jackie Gore


Title of Case:                          Docket Cr.06-449-18(FLW)

U.S.A.
  V
STEVEN SMITH
(PRESENT)

Appearances:

Kevin T. Smith, AUSA for Govt.
Brian O'Malley, Esq. For Deft.

Nature of Proceedings: SENTENCING(as to Count 1ss of the Superseding Information)
Motion by deft. For downward departure.
Court Ordered Motion for downward departure is denied.
87 Months Impr.
6 Years Supervised Release w/special conditions.
Fine Waived.
Special Assessment: $100.00
Previously filed indictment counts are dismissed.
Court Ordered deft. Is remanded.
Deft. Advised of Appeal Rights.


Commenced: 10:20 A.M.
Adjourned: 11:05 A.M.


                                        *s/Jacqueline Gore*
                                        Deputy Clerk