BRIAN S. O'MALLEY, ESQUIRE
607 White Horse Pike
Haddon Heights, New Jersey  08035
(856) 310-2900
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number:06-449 (FLW) |
| v. | : | |
| STEVEN SMITH, | : | |
| Defendant. | : | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that defendant, Steven Smith, in the above captioned case, through his attorney, Brian S. O'Malley, Esquire, hereby moves before the United States District Court, from the Judgment entered on the 29th day of July, 2008, by the Honorable Freda L. Wolfson, United States District Judge, United States District Court, Camden, New Jersey.

                                                s/ Brian S. O'Malley
                                                BRIAN S. O'MALLEY, ESQUIRE
                                                Attorney for Defendant

DATED:  August 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal No. 06-449 (FLW) |
| v. | : | |
| STEVEN SMITH, | : | |
| Defendant. | : | **CERTIFICATE OF SERVICE** |

I, BRIAN S. O'MALLEY, of full age, hereby certify that the within Notice of Appeal was filed electronically on the 8th day of August, 2008, with the Clerk of the United States District Court in Camden, New Jersey.

A copy of the Notice of Appeal was also filed electronically on the same date with the United States Attorney's Office in Camden, New Jersey and by hard copy to George S. Leone, Chief, Appeals Division, Office of the United States Attorney 970 Broad Street - Suite 700, Newark, New Jersey  07102-2535

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

 s/Brian S. O'Malley
BRIAN S. O'MALLEY, ESQUIRE
Attorney for Defendant

DATED:  August 8, 2008